The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FUEL MEDICAL, LLC, a Washington limited liability company,<br><br>              Plaintiff,<br>  v.<br><br>SONOVA USA, INC., a Minnesota corporation; SONOVA HOLDING AG, a Swiss company,<br><br>              Defendants. | Civil Case No. 3:22-cv-05934-BHS<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER<br><br>NOTE ON MOTION CALENDAR JULY 28, 2023 |

Pending the Court's approval, and pursuant to LCR 7(j), the parties stipulate to an extension of time for Plaintiff Fuel Medical, LLC ("Fuel Medical") to file an amended complaint following the Court's order on Defendant Sonova USA Inc.'s Motion to Dismiss (ECF # 22). The current deadline is July 31, 2023. The parties are engaged in settlement discussions and therefore jointly request that Fuel Medical have until (and including) Monday, August 7, 2023, to file an amended complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION FOR EXTENSION OF TIME
Case No. 3:22-cv-05934-BHS

- 1 -

TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

1  In addition, the parties stipulate to a further extension of time for the parties'
2  deadlines to conduct a discovery conference and initial disclosures until two months
3  following the filing of Fuel Medical's amended complaint, or until such time the Court
4  deems proper.

5  IT IS SO STIPULATED:

6  DATED: July 28, 2023.

7  TONKON TORP LPLP                           TAFT STETTINIUS & HOLLISTER LLP

9  By: *s/ Anna Sortun*                       By:   *s/ Ian H. Fisher*
     Anna Sortun, WSBA No. 48674                    Ian H. Fisher, *Admitted Pro Hac Vice*
10   Christopher J. Pallanch, WSBA No. 45859        Paul J. Coogan, *Admitted Pro Hac Vice*

11 Attorneys for Plaintiff Fuel Medical, LLC   Attorneys for Sonova USA, Inc.

13
14  IT IS SO ORDERED:

15  DATED this 31st day of July, 2023.

18  Benjamin H. Settle
    UNITED STATES DISTRICT JUDGE

19  043254\00002\16426288v1

STIPULATED MOTION FOR EXTENSION OF TIME
Case No. 3:22-cv-05934-BHS
- 2 -
TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440