The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FUEL MEDICAL, LLC, a Washington limited liability company,<br><br>     Plaintiff,<br><br> v.<br><br>SONOVA USA, INC., a Minnesota corporation; SONOVA HOLDING AG, a Swiss company,<br><br>     Defendants. | Civil Case No. 3:22-cv-05934-BHS<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER<br><br>NOTE ON MOTION CALENDAR AUGUST 18, 2023 |

Pending the Court's approval, and pursuant to LCR 7(j), the parties stipulate to an extension of time for Plaintiff Fuel Medical, LLC ("Fuel Medical") to file an amended complaint following the Court's order on Defendant Sonova USA Inc.'s Motion to Dismiss (ECF # 22). The current deadline is August 18, 2023. The parties are engaged in continued settlement discussions and therefore jointly request that Fuel Medical have until (and including) Friday, August 25, 2023, to file an amended complaint.

/ / /

/ / /

/ / /

/ / /

STIPULATED MOTION FOR EXTENSION OF TIME
Case No. 3:22-cv-05934-BHS

- 1 -

TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

In addition, the parties stipulate to a further extension of time for the parties' deadlines to conduct a discovery conference and initial disclosures until October 20, 2023.

IT IS SO STIPULATED:

DATED: August 18, 2023.

| TONKON TORP LLP | TAFT STETTINIUS & HOLLISTER LLP |
|---|---|
| By: *s/ Anna Sortun* <br> Anna Sortun, WSBA No. 48674 <br> Christopher J. Pallanch, WSBA No. 45859 | By: *s/ Ian H. Fisher* <br> Ian H. Fisher, *Admitted Pro Hac Vice* <br> Paul J. Coogan, *Admitted Pro Hac Vice* |
| Attorneys for Plaintiff Fuel Medical, LLC | Attorneys for Sonova USA, Inc. |

IT IS SO ORDERED:

DATED this 21st day of August, 2023.

_____
Benjamin H. Settle
UNITED STATES DISTRICT JUDGE

043254\00002\16481186v1

STIPULATED MOTION FOR EXTENSION OF TIME
Case No. 3:22-cv-05934-BHS
- 2 -
TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440