1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FUEL MEDICAL GROUP, LLC, a
Washington limited liability company,

Plaintiff,

v.

SONOVA USA INC., a Minnesota
corporation,

Defendant.

Case No. 3:22-cv-05934-BHS

FUEL MEDICAL GROUP, LLC'S AND
SONOVA USA INC.'S STIPULATED
MOTION TO CONSOLIDATE RELATED
CASES

NOTED FOR HEARING:
AUGUST 24, 2023

## I. STIPULATION AND MOTION

Defendant, Sonova USA Inc. ("Sonova"), and Plaintiff, Fuel Medical Group, LLC

("Fuel") (collectively hereinafter the "Parties"), hereby stipulate and jointly move, pursuant to

Federal Rule of Civil Procedure 42(a) and Local Rule 42 of the Western District of Washington,

to consolidate Case No. 3:23-cv-05544-RJB, *Sonova USA Inc. v. Fuel Medical Group, LLC* with

this Case No. 3:22-cv-05934-BHS, *Fuel Medical Group, LLC v. Sonova USA Inc.* In support of

their motion, the Parties stipulate that:

SONOVA USA INC. AND FUEL MEDICAL GROUP, LLC'S
STIPULATED MOTION TO CONSOLIDATE RELATED CASES
(Case No. 3:22-cv-05934-BHS)

128624155v2

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1.      Both of the referenced actions are between the same Parties.

2.      This joint motion is made on the grounds that there are common questions of law and fact in both cases, and consolidation will avoid unnecessary costs and delays.

3.      Rule 42(a)(2) permits the Court to consolidate such actions with common questions of law or fact.

4.      Pursuant to Local Rule 42(a), this motion is properly before this Court, and a notice of this motion is being filed in Case No. 3:23-cv-05544-RJB.

5.      If the motion is granted, the actions will consolidated and continue under the above captioned Case No. 3:22-cv-05934-BHS, *Fuel Medical Group, LLC v. Sonova USA Inc.*

WHEREFORE, Sonova and Fuel jointly move this Court to consolidate the pending actions into Case No. 3:22-cv-05934-BHS, *Fuel Medical Group, LLC v. Sonova USA Inc.*

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

FUEL MEDICAL GROUP, LLC'S AND SONOVA USA INC.'S
STIPULATED MOTION TO CONSOLIDATE RELATED CASES
(Case No. 3:22-cv-05934-BHS)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1    SO STIPULATED this 24th day of August, 2023.

2                                        I certify that this motion contains 214 words, in
                                         compliance with Local Civil Rules.
3

4

5                                        /s/ *Anna Sortun*
                                         Anna Sortun, WSBA No. 48674
6                                        Tonkon Torp LLP

7                                            Attorneys for Plaintiff Fuel Medical
                                             Group LLC
8

9
                                         /s/ *Brian W. Esler*
10                                       Brian W. Esler, WSBA No. 22168
                                         Lane Conrad, WSBA No. 59287
11                                       Miller Nash LLP
                                         605 5th Ave S, Ste 900
12                                       Seattle, 98104
                                         Telephone: (206) 624-8300
13                                       Email: brian.esler@millernash.com
                                         Email: lane.conrad@millernash.com
14

15                                       Ian H. Fisher, admitted *pro hac vice*
                                         Paul J. Coogan, admitted *pro hac vice*
16                                       Taft Stettinius & Hollister LLP
                                         111 East Wacker Drive, Suite 2600
17                                       Chicago, IL 60601
                                         Telephone: (312) 527-4000
18                                       Email: ifisher@taftlaw.com
                                         Email: pcoogan@taftlaw.com
19

20                                           Attorneys for Defendant Sonova USA Inc.

21                              **II. ORDER**

22   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23   Dated this 24th day of August, 2024.

24

25

26   BENJAMIN H. SETTLE
     United States District Judge

FUEL MEDICAL GROUP, LLC'S AND SONOVA USA INC.'S
STIPULATED MOTION TO CONSOLIDATE RELATED CASES
(Case No. 3:22-cv-05934-BHS)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104

1

CERTIFICATE OF SERVICE

2

I hereby certify that on August 24, 2023, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

4

counsel of record.

5

DATED this 24th day of August, 2023, at Seattle, Washington.

6

7

_s/ Brian W. Esler_
Brian W. Esler

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(Case No. 3:22-cv-05934-BHS)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
605 5TH AVE S, STE 900
SEATTLE, WASHINGTON 98104