The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FUEL MEDICAL, LLC, a Washington limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>SONOVA USA INC., a Minnesota corporation,<br><br>        Defendant. | Case No. 3:22-cv-5934-BHS<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 6, 2023 |

Pending the Court's approval, and pursuant to LCR7(j), the parties stipulate to an extension of time for Defendant Sonova USA Inc. ("Sonova") to file its responsive pleading to Plaintiff Fuel Medical, LLC's ("Fuel Medical") Amended Complaint (ECF #35). The current deadline is September 8, 2023. The parties have agreed to an extension and therefore jointly request that Sonova have until (and including) September 15, 2023 to answer or otherwise plead.

STIPULATED MOTION FOR EXTENSION OF TIME
(Case No. 3:22-cv-05934-BHS)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

128876554v2

1   IT IS SO STIPULATED.

2   DATED this 6th day of September, 2023.

3                                      Respectfully submitted,

4                                      s/ *Brian W. Esler*
                                       Brian W. Esler, WSBA No. 22168
5                                      Lane Conrad, WSBA No. 59287
                                       Miller Nash LLP
6                                      Pier 70, 2801 Alaskan Way, Suite 300
                                       Seattle, WA 98121
7                                      Telephone: (206) 624-8300
                                       Email: brian.esler@millernash.com
8                                      Email: lane.conrad@millernash.com

10                                     Ian H. Fisher, admitted *pro hac vice*
                                       Paul J. Coogan, admitted *pro hac vice*
11                                     Taft Stettinius & Hollister LLP
                                       111 East Wacker Drive, Suite 2600
12                                     Chicago, IL 60601
                                       Telephone: (312) 527-4000
13                                     Email: ifisher@taftlaw.com
                                       Email: pcoogan@taftlaw.com
14
15                                     Attorneys for Plaintiff Sonova USA Inc.

17                                     */s/* Christopher J. Pallanch
                                       Anna Sortun, WSBA No. 48674
18                                     Christopher J. Pallanch, WSBA No. 45859
                                       Tonkon Torp LLP

19                                     Attorneys for Defendant Fuel Medical
20                                     Group LLC

21   IT IS SO ORDERED.

22   Dated this 6th day of September, 2023.

25                                     _____
                                       BENJAMIN H. SETTLE
26                                     United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME
(Case No. 3:22-cv-05934-BHS)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

128876554v2

1  CERTIFICATE OF SERVICE

2  I hereby certify that I electronically filed the foregoing with the Clerk of the Court

3  using the CM/ECF system which will send notification of such filing to the attorneys of record

4  for the parties.

5  DATED this 6th day of September, 2023.

6

7  /s/ Kristin Martinez Clark
   Kristin Martinez Clark
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(Case No. 3:22-cv-05934-BHS)

**MILLER NASH LLP**
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, STE 300
SEATTLE, WASHINGTON 98121

128876554v2