The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FUEL MEDICAL, LLC, a Washington limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOVA USA INC., a Minnesota corporation,<br><br>　　　　　Defendant. | Case No. 3:22-cv-5934-BHS<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>October 11, 2023 |
| SONOVA USA INC., a Minnesota corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FUEL MEDICAL, LLC, a Washington limited liability company,<br><br>　　　　　Defendant. | Consolidated Case No: 3:23-cv-05544 |

## I.　　STIPULATION AND MOTION

Pending the Court's approval, and pursuant to LCR 7(j), the parties stipulate to an extension of time for Defendant Sonova USA Inc. ("Sonova") to file its reply in support of Sonova's Motion to Dismiss Plaintiff Fuel Medical, LLC's ("Fuel Medical") Amended

---

STIPULATED MOTION
FOR EXTENSION OF TIME
(Case No. 3:22-cv-05934-BHS)

129313842v1

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1  Complaint (ECF #38). The current deadline is October 13, 2023. The parties have agreed to an
2  extension and therefore jointly request that Sonova have until (and including) October 23, 2023
3  to file its reply in support of Sonova's motion to dismiss.
4     IT IS SO STIPULATED.
5     DATED this 11th day of October, 2023.

I certify that this motion contains 97 words, in compliance with Local Civil Rules.

Respectfully submitted,

s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
Lane Conrad, WSBA No. 59287
Miller Nash LLP
605 5th Ave S, Suite 900
Seattle, WA 98104
Telephone: (206) 624-8300
Email: brian.esler@millernash.com
Email: lane.conrad@millernash.com

Ian H. Fisher, admitted *pro hac vice*
Paul J. Coogan, admitted *pro hac vice*
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Email: ifisher@taftlaw.com
Email: pcoogan@taftlaw.com

Attorneys for Plaintiff Sonova USA Inc.


s/ *Anna Sorton*
Anna Sortun, WSBA No. 48674
Christopher J. Pallanch, WSBA No. 45859
Tonkon Torp LLP

Attorneys for Defendant Fuel Medical Group LLC

STIPULATED MOTION
FOR EXTENSION OF TIME
(Case No. 3:22-cv-05934-BHS)

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

## II.     ORDER

IT IS SO ORDERED.

DATED this 12th day of October, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:


s/ *Brian W. Esler*
Brian W. Esler, WSBA No. 22168
Lane Conrad, WSBA No. 59287
Miller Nash LLP
605 5th Ave S, Suite 900
Seattle, WA 98104
Telephone: (206) 624-8300
Email: brian.esler@millernash.com
Email: lane.conrad@millernash.com

Ian H. Fisher, admitted *pro hac vice*
Paul J. Coogan, admitted *pro hac vice*
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: (312) 527-4000
Email: ifisher@taftlaw.com
Email: pcoogan@taftlaw.com

Attorneys for Defendant Sonova USA Inc.

STIPULATED MOTION
FOR EXTENSION OF TIME
(Case No. 3:22-cv-05934-BHS)

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the parties.

DATED this 11th day of October, 2023.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599