The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FUEL MEDICAL, LLC, a Washington limited liability company,<br><br>          Plaintiff,<br>  v.<br><br>SONOVA USA INC., a Minnesota corporation,<br><br>          Defendant. | Case No. 3:22-cv-5934-BHS<br><br>STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER<br><br><br>NOTE ON MOTION CALENDAR:<br>October 23, 2023<br><br>Consolidated Case No. 3:23-cv-055444-RJB |
| SONOVA USA INC., a Minnesota corporation,<br><br>          Plaintiff,<br>  v.<br><br>FUEL MEDICAL, LLC, a Washington limited liability company,<br><br>          Defendant. | |

I.     STIPULATION AND MOTION

Pending the Court's approval, and pursuant to LCR 7(j), the parties stipulate to an extension of time for Plaintiff Fuel Medical, LLC ("Fuel Medical") to file its answer or otherwise respond to Defendant Sonova USA Inc.'s ("Sonova") Amended Complaint (ECF No. 39). The parties have agreed to an extension and therefore jointly request that Fuel Medical have until (and including) October 27, 2023 to file its answer or other respond to Sonova's Amended Complaint.

STIPULATED MOTION FOR EXTENSION OF TIME AND ORDER
Case No. 3:23-cv-055444-RJB

- 1 -

TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

In addition, the parties jointly request that the Court not set the parties' initial disclosure and other discovery deadlines until such time as the pending motion to dismiss Fuel Medical's First Amended Complaint (ECF No. 38) is decided by the Court.

IT IS SO STIPULATED:

Dated this 23rd day of October, 2023.

        Respectfully Submitted,

        *s/ Anna Sortun*
        Anna Sortun, WSBA No. 48674
        Christopher J. Pallanch, WSBA No. 45859
        Stephanie J. Grant, WSBA No. 60680
        888 SW 5th Ave, Suite 1600
        Portland, OR 97204
        Tonkon Torp LLP
        Email: anna.sortun@tonkon.com
        Email: christopher.Pallanch@tonkon.com
        Email: stephanie.grant@tonkon.com
        Attorneys for Fuel Medical, LLC

        *s/ Brian W. Esler*
        Brian W. Esler, WSBA No. 22168
        Lane Conrad, WSBA No. 59287
        Miller Nash LLP
        605 5th Ave S., Suite 900
        Seattle, WA 98104
        Telephone: (206) 624-8300
        Email: brian.esler@millernash.com
        Email: lane.conrad@millernash.com

        Ian H. Fisher, admitted *pro hac vice*
        Paul J. Coogan, admitted *pro hac vice*
        Taft Stettinius & Hollister LLP
        111 East Wacker Drive, Suite 2600
        Chicago, IL 60601
        Telephone: (312) 527-4000
        Email: ifisher@taftlaw.com
        Email: pcoogan@taftlaw.com
        Attorneys for Sonova USA Inc.

STIPULATED MOTION FOR EXTENSION - 2 -
OF TIME AND ORDER
Case No. 3:23-cv-055444-RJB

TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

## II. ORDER

IT IS SO ORDERED.

Dated this 24th day of October, 2023.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Anna Sortun*
Anna Sortun, WSBA No. 48674
Christopher J. Pallanch, WSBA No. 45859
Stephanie J. Grant, WSBA No. 60680
888 SW 5th Ave, Suite 1600
Portland, OR 97204
Tonkon Torp LLP
Email: anna.sortun@tonkon.com
Email: christopher.Pallanch@tonkon.com
Email: stephanie.grant@tonkon.com
Attorneys for Fuel Medical, LLC

STIPULATED MOTION FOR EXTENSION - 3 -
OF TIME AND ORDER
Case No. 3:23-cv-055444-RJB

TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2023, I electronically filed the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME AND [PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brian W. Esler | Ian H. Fisher |
| Lane Conrad | Paul J. Coogan |
| Miller Nash LLP | Taft Stettinius & Hollister LLP |
| 605 5th Avenue South, Suite 900 | 111 East Wacker Drive, Suite 2600 |
| Seattle, WA 98104 | Chicago, IL 60601 |
| Email: brian.esler@millernash.com | email: ifisher@taftlaw.com |
| lane.conrad@millernash.com | pcoogan@taftlaw.com |

and hereby certify that I caused to be mailed by United States Postal Service the document to the non-CM/ECF participants:

TONKON TORP LLP

By: *s/ Anna Sortun*
Anna Sortun, WSBA No. 48674
Christopher J. Pallanch, WSBA No. 45859
Stephanie J. Grant, WSBA No. 60680

Attorneys for Defendant Fuel Medical, LLC

043254\00002\16642872v1

CERTIFICATE OF SERVICE
Case No. 3:23-cv-055444-RJB

- 1 -

TONKON TORP LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440